# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 6D2023-3092
Lower Tribunal Nos. 23-1853CA and 21- CF-1059F

—————————————————

ROBERT SKINNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

Appeal from the Circuit Court for Charlotte County.
Geoffrey H. Gentile, Judge.

January 31, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and SMITH and GANNAM, JJ., concur.


Robert Skinner, Crawfordville, pro se.

Attorney General, Tallahassee, and Laura Dempsey, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED